CLOSED,ACO,PATENT

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:26−cv−02481−RER−LKE

Xiamen Tingken Electronic Technology Co., Ltd. v. Bala Bangles, Inc.
Assigned to: Judge Ramon E. Reyes, Jr
Referred to: Magistrate Judge Lara K. Eshkenazi
related Case: 1:25−cv−03614−RER−LKE
Cause: 35:271 Patent Infringement

Date Filed: 04/26/2026
Date Terminated: 09/23/2026
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Xiamen Tingken Electronic Technology Co., Ltd.**
*also known as*
NOONCRAZYPRO Store

represented by **Lance Liu**
Lance Liu
15 Minuteman Circle
Southbury, CT 06488
203−706−9536
Email: lanceliu2000@gmail.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bala Bangles, Inc.**

represented by **Erik Halverson**
K&L Gates LLP
4 Embarcadero Center
Ste 1200
San Francisco, CA 94111
415−882−8238
Fax: 415−882−8220
Email: erik.halverson@klgates.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/26/2026 | Ï 1 | COMPLAINT against Bala Bangles, Inc. filing fee $ 405, receipt number ANYEDC−20150850 Was the Disclosure Statement on Civil Cover Sheet completed −yes,, filed by Xiamen Tingken Electronic Technology Co., Ltd.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Civil Cover Sheet) (Liu, Lance) (Entered: 04/26/2026) |
| 04/26/2026 | Ï 2 | NOTICE of Appearance by Lance Liu on behalf of Xiamen Tingken Electronic Technology Co., Ltd. (notification declined or already on case) (Liu, Lance) (Entered: 04/26/2026) |
| 04/26/2026 | Ï 3 | NOTICE by Xiamen Tingken Electronic Technology Co., Ltd. re 1 Complaint, *AO 120* (Liu, Lance) (Entered: 04/26/2026) |
| 04/27/2026 | Ï | Notice: **Case Requires Newly Updated Civil Cover Sheet.**<br><br>The Civil Cover Sheet has been updated and The Clerk's Office requires the updated version (Rev. 03.23.2026; Effective 03.24.2026) of the civil cover sheet to continue to process this case. Please complete the form in its entirety. The form is available at: |

| | | |
|---|---|---|
| | | https://www.nyed.uscourts.gov/document−search . Please submit the updated Civil Cover Sheet under the event Other Documents − Proposed Summons/Civil Cover Sheet. (KAD) (Entered: 04/27/2026) |
| 04/29/2026 | Ï 4 | Proposed Summons.Civil Cover Sheet.. Re Notice: Re: Incomplete Civil Cover Sheet,, 1 Complaint, by Xiamen Tingken Electronic Technology Co., Ltd. (Attachments: # 1 Proposed Summons) (Liu, Lance) (Entered: 04/29/2026) |
| 04/30/2026 | Ï | Case Assigned to Chief Judge Margo K. Brodie and Magistrate Judge Lara K. Eshkenazi. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (SDM) (Entered: 04/30/2026) |
| 04/30/2026 | Ï 5 | Summons Issued as to Bala Bangles, Inc.. (SDM) (Entered: 04/30/2026) |
| 04/30/2026 | Ï 6 | Clerk's Notice Re: Consent. A United States Magistrate Judge has been assigned to this case and is available to conduct all proceedings. In accordance with Rule 73 of the Federal Rules of Civil Procedure, Local Rule 73.1, the parties are notified that if all parties consent, the assigned Magistrate Judge is available to conduct all proceedings in this action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to this Notice is a blank copy of the consent form that should be filled out, signed and filed electronically only if all parties wish to consent. Any party may withhold its consent without adverse substantive consequences. Do NOT return or file the consent unless all parties have signed the consent.The form may also be accessed at the following link: https://www.nyed.uscourts.gov/sites/default/files/uploads/mjconsentform.pdf (SDM) (Entered: 04/30/2026) |
| 04/30/2026 | Ï 7 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (SDM) (Entered: 04/30/2026) |
| 04/30/2026 | Ï 8 | Notice of Report on the filing of an action regarding a Patent or Trademark. (Attachments: # 1 complaint) (RC) (Entered: 04/30/2026) |
| 05/18/2026 | Ï 9 | SUMMONS Returned Executed by Xiamen Tingken Electronic Technology Co., Ltd.. Bala Bangles, Inc. served on 5/15/2026, answer due 6/5/2026. (Liu, Lance) (Entered: 05/18/2026) |
| 06/02/2026 | Ï 10 | NOTICE of Appearance by Erik Halverson on behalf of Bala Bangles, Inc. (aty to be noticed) (Halverson, Erik) (Entered: 06/02/2026) |
| 06/02/2026 | Ï 11 | Letter MOTION for Extension of Time to File Answer re 1 Complaint, *(Unopposed)* by Bala Bangles, Inc.. (Halverson, Erik) (Entered: 06/02/2026) |
| 06/02/2026 | Ï 12 | Corporate Disclosure Statement by Bala Bangles, Inc. (Halverson, Erik) (Entered: 06/02/2026) |
| 06/03/2026 | Ï | ORDER granting 11 Motion for Extension of Time to Answer. Defendant is directed to answer or otherwise respond to the Complaint by **7/6/2026**. So Ordered by Magistrate Judge Lara K. Eshkenazi on 6/3/2026. (MED) (Entered: 06/03/2026) |
| 06/30/2026 | Ï 13 | Letter MOTION for pre motion conference by Bala Bangles, Inc.. (Attachments: # 1 Exhibit A) (Halverson, Erik) (Entered: 06/30/2026) |
| 07/01/2026 | Ï | ORDER re 13 Letter Motion for Pre−Motion Conference. The Court directs Plaintiff to respond to Defendant's motion for a pre−motion conference on or before July 10, 2026. Ordered by Judge Margo K. Brodie on 7/1/2026. (FSC) (Entered: 07/01/2026) |
| 07/08/2026 | Ï 14 | Letter *Response to Request for Pre−Motion Conference* by Xiamen Tingken Electronic Technology Co., Ltd. (Liu, Lance) (Entered: 07/08/2026) |
| 07/10/2026 | Ï | |

| | | |
|---|---|---|
| | | ORDER REASSIGNING CASE. Case reassigned to Judge Ramon E. Reyes, Jr for all further proceedings. Chief Judge Margo K. Brodie no longer assigned to case Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such.Ordered by Chief Judge Margo K. Brodie on 7/10/2026. (SDM) (Entered: 07/10/2026) |
| 07/16/2026 | Ï | ORDER granting 13 Motion for Pre Motion Conference. Premotion conference scheduled for **9/3/2026** at 3:00PM by video before District Judge Ramon E. Reyes Jr. Counsel are directed to appear via video using the ZOOM.gov invitation link sent to the email addresses listed on the docket and all other participates may join by phone using the Toll number: dial in 1 646 828 7666 US (New York), Meeting ID: 160 3343 2842, Passcode: 297706. Ordered by Judge Ramon E. Reyes, Jr. on 7/16/2026. (AMF) (Entered: 07/16/2026) |
| 08/11/2026 | Ï | ORDER: Due to a conflict with the court's calendar the 9/3/2026 Pre Motion Hearing is rescheduled for 9/21/2026 at 4:00 PM via Zoom.gov before Judge Ramon E. Reyes, Jr. The attorneys are directed to appear via video using the ZOOM.gov invitation link sent to the email addresses listed on the docket and all other participates may join by phone using the Toll number: dial in 1 646 828 7666 US (New York), Meeting ID: 160 3343 2842, Passcode: 297706. Ordered by Judge Ramon E. Reyes, Jr on 8/11/2026. (MCV) (Entered: 08/11/2026) |
| 09/21/2026 | Ï 15 | Minute Entry for proceedings held before Judge Ramon E. Reyes, Jr:Pre Motion Hearing held on 9/21/2026. Case Called. Lance Liu appeared for Plaintiff. Erik Halverson appeared for Defendant. Discussion held. Defendants motion to dismiss deemed made on the premotion letters, and the Court grants the motion in part. The Court transfers this case to the Central District of California. See 28 U.S.C. § 1400(b). Contact the ESR Dept at (718) 613−2590 to order the transcript. (Time Log # RER Webex Audio.) (MAA) (Entered: 09/22/2026) |
| 09/23/2026 | Ï | Case transferred to The Central District of California. Original file, certified copy of transfer order, and docket sheet sent. **ALL FILINGS ARE TO BE MADE IN THE TRANSFER COURT, DO NOT DOCKET TO THIS CASE.** Extract Civil Case due by 9/30/2026. (MAA) (Entered: 09/23/2026) |