Erik J. Halverson (SBN 333492)
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8238
Fax: (415) 882-8220
erik.halverson@klgates.com

*Attorneys for Defendant Bala Bangles Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAMEN TINGKEN ELECTRONIC TECHNOLOGY CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>BALA BANGLES INC.,<br><br>Defendant. | Case No. 2:26–cv–12086–HDV–AS<br><br>**DEFENDANT BALA BANGLES INC.'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date: December 10, 2026<br>Time: 10:00 a.m.<br>Courtroom: 5B, 5th Floor<br>Judge: Hon. Hernán D. Vera |

**TO THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that on December 10, 2026, at 10:00 a.m. PT, or as soon as the matter may be heard, in Courtroom 5B of the United States District Court for the Central District of California, located at Felicitas and Gonzalo Mendez United States Courthouse, Los Angeles, California, Courtroom 5B, 5th Floor, Defendant Bala Bangles Inc. ("Bala") moves to dismiss Count II of the Complaint in this action with prejudice for failure to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Bala bases this Motion on this Notice of Motion, Bala's Memorandum of Points and Authorities, the pleadings, records, and files in this action, and all other written or oral arguments or evidence that the parties may present to the Court relating to this Motion. Bala respectfully requests that the Court dismiss Count II because Xiamen fails to plausibly plead any claim for which relief can be granted.

Pursuant to Local Rule 7-3, the parties met and conferred at least seven days in advance of the filing of this Motion. Counsel for Bala conferred with Xiamen's prior counsel along with the EDNY judge on September 21, 2026, and Xiamen insisted its claims were adequate. Bala disagrees that any plausible claim for relief has been pled in Count II. Prior counsel from EDNY has sought replacement. Dkt. No. 23. Bala's counsel sought to confer with new counsel for Xiamen, but the Court has not yet completed the replacement process, and Bala's motion is due today, October 30.

Dated: October 30, 2026

Respectfully submitted,

*/s/ Erik J. Halverson*
Erik J. Halverson (SBN 333492)
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8238
Fax: (415) 882-8220
erik.halverson@klgates.com

*Attorneys for Defendant Bala Bangles Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the Electronic Service List for this case.

*/s/ Erik J. Halverson*
Erik J. Halverson